

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WENDY SORRELL,<br><br>Plaintiff,<br><br>vs.<br><br>SYMETRA LIFE INS. CO., insurer of the Confederated Salish & Kootenai Tribes' Group Long-Term Disability Plan,<br><br>Defendant. | CV 16–133–M–DLC<br><br>ORDER |

Defendant Symetra Life Ins. Co. moves for the admission of Ronald M. LaRocca to practice before this Court in this case with Perry J. Schneider to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Defendant's motion to admit Ronald M. LaRocca *pro hac vice* (Doc. 10) is GRANTED on the condition that Mr. LaRocca does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. LaRocca within fifteen (15) days of this Order, file a separate pleading acknowledging his admission under the terms set forth above.

DATED this 20th day of December, 2016.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court