IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WENDY SORRELL,<br><br>Plaintiffs,<br><br>vs.<br><br>SYMETRA LIFE INS. CO. insurer of the Confederated Salish & Kootenai Tribes' Group Long-Term Disability Plan,<br><br>Defendant. | CV 16-133-M-DLC<br><br>ORDER |

Pursuant to the parties' Stipulation for Dismissal,

IT IS ORDERED that this action is dismissed with prejudice, the parties to bear their own costs and attorneys' fees. All deadlines are vacated and any pending motions are denied as moot.

DATED this 1st day of May, 2017.

Jeremiah C. Lynch
United States Magistrate Judge